IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Green, William A | Case Number: 07 B 01010 |
|---|---|---|
| | Wimbley-Green, Ericka M | Judge: Hollis, Pamela S |
| | Printed: 4/15/08 | Filed: 1/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,863.00 | |
| Secured: | | 4,290.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 311.90 |
| Trustee Fee: | | 261.10 |
| Other Funds: | | 0.00 |
| Totals: | 4,863.00 | 4,863.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 2,774.00 | 311.90 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 7,220.92 | 1,650.00 |
| 4. | United Auto Credit | Secured | 18,161.82 | 2,400.00 |
| 5. | Monterey Financial Services | Secured | 550.00 | 240.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 3,330.21 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 32.01 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 13.70 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 98.00 | 0.00 |
| 10. | Fan Distributing | Unsecured | 167.41 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 56.09 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 89.54 | 0.00 |
| 13. | American Credit Company Inc | Unsecured | 253.10 | 0.00 |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 16. | Wow Internet | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Sun Cash | Unsecured | | No Claim Filed |
| 19. | University of Illinois | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | TCF Bank | Unsecured | | No Claim Filed |
| 22. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| | | | $ 32,746.80 | $ 4,601.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Green, William A
Wimbley-Green, Ericka M
Printed:  4/15/08

Case Number:  07 B 01010
Judge:  Hollis, Pamela S
Filed:  1/21/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 11.96 |
| 5.4% | 249.14 |
|  | _____ |
|  | $ 261.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

